# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US RIGHT TO KNOW<br>4096 Piedmont Avenue, # 963<br>Oakland, CA 94611-5221<br>　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, DC 20505<br><br><br><br>　　　　　　　　　*Defendant*. | )<br>)<br>)<br>)<br>)<br>) Case No. 25-3465<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury this 18th day of January 2026 that:

1. I am the attorney of record for the plaintiff in the above-entitled case;

2. that pursuant to Fed. R. Civ. P. 4(i) I mailed defendant, Central Intelligence Agency a summons and copy of the complaint in this action via Certified U.S. Postal Service mail on October 6, 2025, and that tracking indicates that it was picked up by the defendant on October 16, 2025;

3. that in the same manner I also mailed a summons and copy of the complaint to the U.S. Attorney General on October 6, 2025, and that tracking indicates that it was picked up by the defendant on October 17, 2025;

4. that pursuant to Fed. R. Civ. P. 4 and the Department of Justice's service guidance, I emailed a summons and copy of the complaint to usadc.servicecivil@usdoj.gov on October 6, 2025 and that on October 10, 2025, I received an email response thereto from that same email address confirming receipt of the service package as of October 6, 2025, and that I furthermore followed up with the U.S. Attorney by email on January 13, 2026 but have received no further response as of this filing.

5. I further certify under penalty of perjury that: no appearance has been entered by said defendant in this case; no pleading has been filed by defendant and none served upon the attorney for plaintiff and that no extension has been given to defendant[1] and that the time for filing has expired and the defendant is neither an infant nor an incompetent person.

6. The Clerk is requested to enter a Default against said defendant.

Respectfully submitted this 18th day of January 2026,

US RIGHT TO KNOW
By Counsel:

/s/ Nathaniel M. Lindzen
Nathaniel M. Lindzen, MA Bar No. 689999[2]
Law Office of Nathaniel M. Lindzen
57 School Street
Wayland, MA 01778
Phone: (212) 810-7627
Email: nlindzen@corpfraudlaw.com

---

[1] Plaintiff has not been contacted or asked for an extension but due to the government shutdown and standing order 25-59 (JEB) the deadline to answer the Complaint was stayed during the shutdown, however, that extended deadline ended on or about December 29, 2025.

[2] D.C. Federal Bar ID No. MA0053